# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ZACHARY JOHNSON, *et al.*,

      Plaintiffs,

vs.

ERIC HOLDER JR., *et al.*,

      Defendants.

2:12-cv-02146-JCM-GWF

**ORDER**

On January 3, 2013, the court dismissed plaintiffs' complaint without prejudice (ECF #2), and judgment was entered (ECF #3). Before the court is plaintiffs' motion to reinstate plaintiffs (ECF #4).

The court now clarifies that one plaintiff –Zachary Johnson– submitted an application to proceed *in forma pauperis*. However, as the court explained in its earlier order, each plaintiff must submit an application to proceed *in forma pauperis* on the court-approved form, and each application must be accompanied by all required financial documentation, as described in the instructions for use of the form. *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2. Accordingly, plaintiffs' motion is denied. Again, if plaintiffs wish to pursue this matter, they should file a new action,

with a new case number, along with either the $350 filing fee or a completed application to proceed *in forma pauperis* for each plaintiff.

**IT IS THEREFORE ORDERED** that plaintiffs' motion to reinstate plaintiffs (ECF #4) is **DENIED**.

**IT IS THEREFORE ORDERED** that the clerk **SHALL SEND** each plaintiff the approved form for Application to Proceed *In Forma Pauperis*, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*."

DATED February 19, 2013.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE

2